**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

In the Matter of the Care and Treatment of Timothy Groves Oxendine, Appellant.

Appellate Case No. 2015-002241

Appeal From York County
R. Scott Sprouse, Circuit Court Judge

Unpublished Opinion No. 2017-UP-388
Submitted September 1, 2017 – Filed October 18, 2017

**AFFIRMED**

Appellate Defender David Alexander, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Deborah R.J. Shupe, both of Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *See Buist v. Buist*, 410 S.C. 569, 574, 766 S.E.2d 381, 383 (2014) ("It is well settled that an issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the trial court to be preserved." (quoting *Pye v. Estate of Fox*, 369 S.C. 555, 564, 633 S.E.2d 505, 510 (2006))); *In re Care & Treatment of Chapman*, 419 S.C. 172, 175, 796 S.E.2d 843, 844 (2017) (holding persons committed as sexually violent predators under the Sexually Violent

Predator Act have a statutory and constitutional "right to the effective assistance of counsel, and they may effectuate that right by seeking a writ of habeas corpus" but affirming the appellant's commitment on direct appeal based on issue preservation).

**AFFIRMED.**[1]

**WILLIAMS, THOMAS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.